## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **PONCIANO TORRES,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **CIV-10-72-R** |
| | ) | |
| | ) | |
| **H.A. LEDEZMA** | ) | |
| | ) | |
| **Respondent.** | ) | |

## ORDER

Plaintiff filed this action seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Pursuant to 28 U.S.C. § 636(b)(1)( B), the matter was referred to United States Magistrate Judge Doyle W. Argo for preliminary review. On February 19, 2010, Judge Argo issued a Report and Recommendation, wherein he recommended that te petition be denied upon filing. The record reflects that Petitioner has not objected to the Report and Recommendation within the time limits prescribed therein, nor has he sought an extension of time in which to respond. Accordingly, for the reasons set forth in the Report and Recommendation, the petition is DENIED UPON FILING. Judgment shall be entered accordingly.

**IT IS SO ORDERED** this 17th day of March 2010.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE